PER CURIAM.
Appellant’s conviction for burglary is reversed. See Lee v. State, 640 So.2d 126 (Fla. 1st DCA 1994); Morse v. State, 604 So.2d 496 (Fla. 1st DCA 1992); KW.U. v. State, 367 So.2d 647 (Fla. 3d DCA), cert. denied, 378 So.2d 349 (Fla.1979); Chaudoin v. State, 362 So.2d 398 (Fla. 2d DCA 1978). Appellant’s conviction for loitering is affirmed. See A.L.B. v. State, 399 So.2d 483 (Fla. 3d DCA 1981). In view of our reversal of appellant’s burglary conviction, we do not reach the sentencing issue.
ERVIN, MINER and WOLF, JJ., concur.